UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**
06CV-3908(DRH) (ARL)

               Plaintiff,

      -against-

SANDRA G. JEFFERIES, a/k/a SANDRA
JEFFERIES, a/k/a SANDRA SNUGGS,
a/k/a DEBRA SNUGGS

               Defendant.
-----------------------------------------------------------------X

**HURLEY, District Judge:**

      By Order dated April 3, 2007, the Court referred this matter to U.S. Magistrate Judge Arlene R. Lindsay, pursuant to 28 U.S.C. § 636(b)(3), for a report and recommendation as whether a default judgment should be entered and if, so, the appropriate amount of damages, attorneys' fees and costs to be awarded the plaintiff. On August 2, 2007, Judge Lindsay issued a Report and Recommendation finding that, based on the papers before the court, service on defendant was improper and recommending that the motion for a default judgment be denied, with leave to renew upon the presentation of evidence that defendant resides at the address at which service of process was made or that it is her last known address. On August 3, 2007, plaintiff served a copy of the Report and Recommendation upon the defendant. (*See* Docket Entry No. 14.) More than ten days have elapsed since service of the Report and Recommendation, and neither party has filed any objections to it.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning

and its result. Accordingly, this Court adopts the August 2, 2007 Report and Recommendation of Judge Lindsay as if set forth herein.

The Court therefore denies the motion for default judgment without prejudice to renew.

**SO ORDERED.**

Dated: Central Islip, N.Y.
      August 24, 2007                                        /s/
                                                                     Denis R. Hurley,
                                                                     United States District Judge